| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Azrack, Joan M. | 2. Court or Organization<br><br>US District Court East Dist NY | 3. Date of Report<br><br>11/8/2012 |
| --- | --- | --- |

| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge-full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>225 Cadman Plaza East Room 333<br>Brooklyn, NY 11201 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/8/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | United States Judges W-2 | $152,076.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | 2011 Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT

Page 4 of 9

**Name of Person Reporting**

Azrack, Joan M.

**Date of Report**

11/8/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Citibank NA Personal Banking New York, NY (see VIII) | | None | M | T | | | | | |
| 2. | (Intentionally left blank) (see VIII re Heights Casino bond) | | | | | | | | | |
| 3. | Merck & Co Inc | A | Dividend | J | T | | | | | |
| 4. | Asia Tigers Fund Inc | A | Dividend | K | T | | | | | |
| 5. | Blackrock Real Asset Equity Tr | B | Dividend | J | T | | | | | |
| 6. | Blackrock Intl Growth & Inc Tr | B | Dividend | J | T | | | | | |
| 7. | Citibank NA Personal Banking, New York, NY (see VIII) | | None | J | T | | | | | |
| 8. | Templeton Emerging Markets Fund Inc | A | Dividend | L | T | | | | | |
| 9. | Advantage Bank Deposits (IRA) | A | Interest | J | T | | | | | |
| 10. | Western Asset Citi Liquid Reserve (see VIII) | A | Dividend | J | T | | | | | |
| 11. | Western Asset Citi New York Tax Free Reserves (see VIII) | A | Interest | M | T | | | | | |
| 12. | (Intentionally left blank] | | | | | | | | | |
| 13. | Fid VIP Equity Incm Port Nationwide Ann Contract (see VIII) | A | Dividend | L | T | | | | | |
| 14. | Fid VIP Growth Port Nationwide Annuity Contract (see VIII) | A | Dividend | K | T | | | | | |
| 15. | Fid VIP Overseas Port Nationwide Annuity Contract (see VIII) | A | Dividend | K | T | | | | | |
| 16. | Fid VIP2 Asset Mgr Port Nationwide Ann Contract (see VIII) | A | Dividend | L | T | | | | | |
| 17. | (Intentionally left blank) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (Intentionally left blank)) | | | | | | | | | |
| 19. Opp Global Sec Fnd/Va Nationwide Ann Contract (see VIII) | A | Dividend | K | T | | | | | |
| 20. GNMA Pass Thru Pool Dtd 11/1/86, due 10/15/2016 (see VIII) | A | Interest | J | T | | | | | |
| 21. Fidelity Blue Chip Fund - Fidelity 401(k) (see VIII) | A | Dividend | L | T | | | | | |
| 22. Fidelity Diversified Intl - 401(k) (see VIII) | B | Dividend | M | T | | | | | |
| 23. Fidelity Freedom 2020 Fund - 401 (k) (see VIII_ | A | Dividend | L | T | | | | | |
| 24. Fidelity Contrafund - 401(k) (see VIII) | B | Dividend | N | T | | | | | |
| 25. Fidelity Grow & Inc - 401(k) (see VIII) | A | Dividend | M | T | | | | | |
| 26. Fidelity Value Fund - 401 (k) (see VIII) | A | Dividend | L | T | | | | | |
| 27. Fidelity Retire Mmkt - 401(k) (see VIII) | A | Dividend | M | T | | | | | |
| 28. JP Morgan Growth & Income "A" shares | A | Dividend | J | T | | | | | |
| 29. JP Morgan Intl Opps Fund "A" shares | A | Dividend | J | T | | | | | |
| 30. Walt Disney Co | A | Dividend | J | T | | | | | |
| 31. Alliance NY Muni Income Fund | C | Dividend | L | T | | | | | |
| 32. NVIT Money Market I Nationwide Annuity Contract (see VIII) | A | Dividend | K | T | | | | | |
| 33. Adv NY T/E Liquidity Fund | A | Dividend | M | T | | | | | |
| 34. Medco Health Solutions Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/8/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (Fidelity) Am Cent Equity Inc - 401(k) (see VIII) | A | Dividend | K | T | | | | | |
| 36. Eaton Vance Insured NY Municipal Bond Fd | C | Dividend | K | T | | | | | |
| 37. Kinetics Paradigm Adv Cl C | A | Dividend | L | T | | | | | |
| 38. Eaton Vance Tax-Managed Buy writ Fund | B | Dividend | J | T | | | | | |
| 39. Kinetics Paradigm Adv Cl C (IRA) | A | Dividend | K | T | | | | | |
| 40. ING Global Equity Dividend & Premium Oppty Fund (IRA) | A | Dividend | K | T | | | | | |
| 41. Fidelity Investment Gr Bond Fd (401k) (see VIII) | D | Dividend | M | T | | | | | |
| 42. New York 529 Coll Saving Pgrm Grth Portfolio (see VIII) | A | Dividend | J | T | | | | | |
| 43. New York 529 Coll Saving Pgrm Infl Prtct Sec Port (see VIII) | A | Dividend | J | T | | | | | |
| 44. New York 529 Coll Saving Pgrm Aggr Growth Port (see VIII) | A | Dividend | J | T | | | | | |
| 45. New York 529 Coll Saving Pgrm Growth Port (see VIII) | A | Dividend | J | T | | | | | |
| 46. New York 529 Coll Saving Pgrm Small Cap Port (see VIII) | A | Dividend | J | T | | | | | |
| 47. New York 529 Coll Saving Pgrm Conserv Growth Port (see VIII) | A | Dividend | J | T | | | | | |
| 48. (Intentionally left blank) | | | | | | | | | |
| 49. Kinetics Paradigm Adv C (IRA) | A | Dividend | J | T | | | | | |
| 50. (Intentionally left blank) | | | | | | | | | |
| 51. Northwestern Mutual Life whole policy | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/8/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Advantage Offshore Liquidity Fund (IRA) | A | Dividend | J | T | | | | | |
| 53. First Tr Strategic High Income Fd (IRA) | A | Dividend | J | T | | | | | |
| 54. AT&T Inc. | A | Dividend | J | T | | | | | |
| 55. (Intentionally left blank) | | | | | | | | | |
| 56. Fidelity Freedom 2010 Fund (401k) (see item 64 and VIII | A | Dividend | J | T | | | | | |
| 57. GRTMR NVIT INTL EQ 3 Nationwide Ann. Contract (see VIII) | A | Dividend | J | T | | | | | |
| 58. NVIT Mult-Mgr Intl Gr 3 Nationwide Ann. Contract (see VIII) | A | Dividend | J | T | | | | | |
| 59. JP Morgan 3150/Mid Cap Growth - A | A | Dividend | J | T | | | | | |
| 60. OPP NVIT LGCAP GR1 Nationwide Ann. Contract (see VIII) | A | Dividend | K | T | | | | | |
| 61. Invesco NY Quality Mun Secs Com (see VIII) | A | Interest | K | T | | | | | |
| 62. Black Rock Mid Cap Value Equity C (IRA) (see VIII) | A | Dividend | J | T | | | | | |
| 63. Black Rock Mid Cap Value Equity C (IRA) (see VIII) | A | Dividend | J | T | | | | | |
| 64. Advantage Bank Deposits (IRA) (see VIII) | A | Interest | K | T | | | | | |
| 65. Fidelity Freedom 2010 Fund - 401(k) (see VIII) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 11/8/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Transactions reported in Section VII Column D do not include securities automatically purchased during the year with dividend reinvestments.

Section VII, Items 1 and 7: Citibank NA Personal Banking item 1 is a joint checking account which during 2011 had balances between value codes J and M; funds were replenished and withdrawn according to the liquidity needs of the reporting parties. Item 7 is a separate individual checking account in which, once again, funds were replenished and withdrawn during the course of the year by the reporting party. It appears that in the 2010 Report this separate account was included as part of item 1, which reported the joint account.

Section VII, Item 61: as noted in VIII of the 2010 Report, during 2010, this asset (Invesco NY Quality Mun Sevcs) effectively replaced Morgan Stanley Tax Free NY Qulty Mun, and thus the latter asset does not appear in this Report.

Section VII, Items 10 & 11: Western Asset.Citi Liquid Reserve and Western Asset/Citi New York Tax Free Reserves are money market funds which during 2011 had balances between value codes J and M; funds are replenished and withdrawn according to the liquidity needs of the reporting parties.

Section VII, Items 13 thru16, 19, 32, 57, 58 & 60: [        ] holds investments in numerous funds available under a Nationwide variable annuity fund contract. These investments may have been transferred during the course of the year between and among numerous available variable annuity plan funds. Each of the Nationwide variable annuity fund investments maintained at the end of the reporting period is disclosed in these separate items. Also note that, as reported in the 2010 Report, Nationwide eliminated Fid VIP2 Contrfnd on 12/10/10 and the investments therein were transferred into Opp NVIT LG Cap Gr 1, another fund available under the Nationwide variable annuity plan. Thus, the asset identifiedin the 2010 Report as Fid VIP2 Contrfnd does not appear on this Report.

Section VII, Items 21 thru 27, 35, 41 and 65: during 2011, [        ] held investments in numerous funds available under his 401 (k) plan. Investments may have been transferred during the course of the year between and among the numerous available 401(k) funds. Each of the 401(k) fund investments held at the end of the reporting period is disclosed in these separate items. Note that the 2010 Report appeared to inadvertently list twice the [        ] 401(k) investment in Fidelity Freedom 2010 Fund (see items 55 and 64 of 2010 Report). This inadvertent duplication has been eliminated in this Report.

Section VII, Items 42 thru 47: as previsouly reported, investments are held for each of [        ] in New York 529 College Savings Program funds. Investments may have been transferred during the course of the year between and among the numerous available 529 plan funds. The fund investments held at the end of the reporting period are disclosed in these items.

Section VII, Item 61: as noted in VIII of the 2010 Report, during 2010, this asset (Invesco NY Quality Mun Secs Com) effectively replacedMorgan Stanley NY Quality Muni Secs) and thus the latter asset does not appear in this Report

Section VII, Item 62: as noted in VIII of the 2010 Report, during 2010, this asset (Black Rock Mid Cap Value Equity) effectively replaced Black Rock Aurora Fund Cl C and thus the latter asset does not appear in this Report.

Section VII, Item 63: as noted in VIII of the 2010 Report, during 2010, this asset (Black Rock Mid Cap Value Equity) effectively replaced Black Rock Aurora Fund Cl C and thus the latter asset does not appear in this Report.

The 2010 Report listed in Item 2 an asset (Heights Casino Member - Bonds) that matured and was thus repaid in full on 12/21/2010 (value code J). The 2010 Report inadvertently failed to disclose this maturity. As a result of its maturity during 2010, the asset does not appear on this Report.

:

There were no reportable transactions during the reporting period involving Nationwide variable annuity investments. See Section VII, Items 13, 14, 15, 16, 19, 32, 57, 58, 60.

There also were no reportable transactions during the reporting period involving Fidelity investments held under the spouse's 401(k). See Section VII, Items 21, 22, 23, 24, 25, 26, 27, 35, 41, 56, 65.

Finally, regarding 529 investments, there were no reportable transactions during the reporting period. See Section VII, Items 42, 43, 44, 45, 46, 47.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joan M. Azrack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544